GOLDSMITH & HULL, A P.C. File # CDCS147
William I. Goldsmith   SBN 82183
Jack D. Hull            SBN 91879
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Facsimile:  (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

FILED

2013 NOV 25  PM 3: 52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. G. CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONALD M. MARCUS,

        Defendant.

CASE NO.: 5:13cv-2170

COMPLAINT ON
PROMISSORY NOTE (S)

For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF EDUCATION alleges as follow:

1. This court has jurisdiction under title 28 U.S.C. Section 1345 and Title 20 U.S.C. Section 1080, and the Defendant resides in the County of SAN BERNARDINO.

2. In consideration of student loans guaranteed by Plaintiff, Defendant executed promissory note(s), copies of which are attached hereto as Exhibit(s) "1" on the date(s) set forth on said note(s).

3. Said note(s) and all rights to the obligations undertaken therein were thereafter assigned to Plaintiff.

4. Defendant has defaulted in the payment of the obligations due under the said note(s) according the their terms.

5. Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

WHEREFORE, Plaintiff prays for judgment against Defendant as follow:

1. As to Plaintiff First Claim:

The principal amount of $30,879.40, plus interest accrued from the default to OCTOBER 28,2008, in the sum of $32,108.27 with further interest at 9% per annum accruing at $7.61 per day until entry of judgment; with interest thereafter at the legal rate plus penalties/administrative charges of $0.00.

2. And upon all claims;

A. For cost incurred.

B. For a surcharge of ten percent of the amount of the debt owed pursuant to 28 U.S.C. Section 3011, or attorneys fees.

C. For such other and further relief as to the Court seems just.

DATED: 11-13-2013

GOLDSMITH & HULL, A P.C.

William J. Goldsmith
Attorneys for Plaintiff

# EXHIBIT "1"

9607760147

| CALIFORNIA STUDENT AID COMMISSION: GUARANTOR | 80117 | CONSOLIDATION LOAN PROGRAM REPAYMENT OPTIONS AND PROMISSORY NOTE | SUBMIT COMPLETED AND SIGNED PROMISSORY NOTE TO UES CONSOLIDATION CENTER P.O. BOX 19750 IRVINE, CA 92713 1-800-EASIPAY |

**WARNING** ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT OR MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH MAY INCLUDE FINES OR IMPRISONMENT UNDER THE U.S. CRIMINAL CODE AND 20 USC 1097

**SECTION I REPAYMENT OPTIONS** — Indicate your choice by marking an "X" in the option box.

| CONSOLIDATION LOAN AMOUNT | LOAN TERM | INTEREST RATE | Please note: Your loan terms quoted here may change if you add or delete loans in Section III |
|---|---|---|---|
| $ 20,806.92 | 260 MONTHS | 9 % | |

| FIXED OR LEVEL OPTION | | # OF PAYMENTS | PAYMENT AMOUNT | TOTAL INTEREST YOU MAY PAY | TOTAL AMOUNT OF ALL PAYMENTS |
|---|---|---|---|---|---|
| | | 240 | $ 187.21 | $ 24,123.48 | $ 44,930.40 |

| GRADUATED OPTION | # OF PAYMENTS | PAYMENT AMOUNT | # OF PAYMENTS | PAYMENT AMOUNT | TOTAL INTEREST YOU MAY PAY | TOTAL AMOUNT OF ALL PAYMENTS |
|---|---|---|---|---|---|---|
| | FIRST 24 | $ 156.05 | NEXT 12 | $ 189.67 | $ 26,166.24 | $ 46,973.16 |
| | NEXT 12 | 163.85 | NEXT 12 | 199.15 | | |
| | NEXT 12 | 172.04 | LAST 156 | 207.46 | | |
| | NEXT 12 | 180.64 | | | | |

| INTEREST ONLY OPTION | # OF MONTHS INTEREST ONLY PAYMENT | AMOUNT OF INTEREST ONLY PAYMENT | # REMAINING MONTHS | AMOUNT OF REMAINING MONTHS PAYMENT | TOTAL INTEREST YOU MAY PAY | TOTAL AMOUNT OF ALL PAYMENTS |
|---|---|---|---|---|---|---|
| | FIRST 12 | $ 156.05 | LAST 228 | $ 190.78 | $ 24,563.52 | $ 45,370.44 |
| | FIRST 24 | 156.05 | LAST 216 | 194.85 | 25,025.88 | 45,832.80 |
| | FIRST 36 | 156.05 | LAST 204 | 199.50 | 25,508.88 | 46,315.30 |
| | FIRST 48 | 156.05 | LAST 192 | 204.85 | 26,014.68 | 46,821.60 |
| | FIRST 60 | 156.05 | LAST 180 | 211.04 | 26,543.28 | 47,350.20 |
| | FIRST 72 | 156.05 | LAST 168 | 218.25 | 27,094.68 | 47,901.60 |
| X | FIRST 84 | 156.05 | LAST 156 | 226.73 | 27,671.16 | 48,478.08 |

| REDUCED PAYMENT OPTION | # OF MONTHS REDUCED PAYMENT | AMOUNT OF REDUCED PAYMENT | # REMAINING MONTHS | AMOUNT OF REMAINING MONTHS PAYMENT | TOTAL INTEREST YOU MAY PAY | TOTAL AMOUNT OF ALL PAYMENTS |
|---|---|---|---|---|---|---|
| | FIRST 12 | $ 171.63 | LAST 228 | $ 188.99 | $ 24,342.36 | $ 45,149.28 |
| | FIRST 24 | 171.63 | LAST 216 | 191.03 | 24,574.68 | 45,381.60 |
| | FIRST 36 | 171.63 | LAST 204 | 193.35 | 24,815.16 | 45,622.08 |
| | FIRST 48 | 171.63 | LAST 192 | 196.03 | 25,069.08 | 45,876.00 |
| | FIRST 60 | 171.63 | LAST 180 | 199.12 | 25,332.48 | 46,139.40 |
| | FIRST 72 | 171.63 | LAST 168 | 202.73 | 25,609.08 | 46,416.00 |
| | FIRST 84 | 171.63 | LAST 156 | 206.97 | 25,897.32 | 46,704.24 |

**SECTION II PERSONAL INFORMATION** — PLEASE TYPE OR LEGIBLY PRINT ALL ENTRIES

| Social Security Number | Last Name | First Name | MI |
|---|---|---|---|
| | MARCUS | DONALD | M |

| Date of Birth | Permanent Home Address | | | |
|---|---|---|---|---|
| 08/07/51 | | WOODLAND HILLS | CA | |

| Home Telephone | Work Telephone | Driver's License Number | State of Issue |
|---|---|---|---|
| | | | CA |

**REFERENCE REQUIREMENT** — References must be in the United States and be at different addresses | **EMPLOYMENT INFORMATION**

| Name and address of a parent, guardian, or relative not living with you | Other adult relative or friend not living with you | Employer's Name MARK J. FEUER |
|---|---|---|
| Name MARGARET GEWELL | MARLENE MARCUS | Address |
| Home Address | Home Address | City/State, Zip Code CA |
| City, State, Zip Code LONG BEACH CA | LAKE HAVASU CTY AZ | Employed Since 5/86 |
| Home Phone | | Annual Salary $ 18,000.00 |

**SECTION III ITEMIZATION OF STUDENT LOAN OBLIGATIONS**

| Lender/Holder Name | X to Consolidate | Account Number | Type of Loan | Interest Rate | Present Balance | Date You Began/Began Repayment |
|---|---|---|---|---|---|---|
| CSLFC C/O AFSA LOS ANGELES | X | C1606F551886781 | GSL | 7.00 | 18,963.34 | 5/01/85 |
| WACHOVIA CHARLOTTE N.C. | X | 400695518867810 | NDSL | 3.00 | 1,843.58 | 5/01/85 |

| TOTAL INDEBTEDNESS I AM REQUESTING YOU CONSIDER IN DETERMINING MY LOAN TERMS | $ 20,806.92 |
|---|---|
| CONSOLIDATION LOAN AMOUNT | $ 20,806.92 |

**SECTION IV PROMISSORY NOTE** — Applicable to all loans consolidated in this program

**PROMISE TO PAY**

I, the undersigned borrower, promise to pay to the Trustee as designated by the CALIFORNIA STUDENT LOAN FINANCE CORPORATION (or subsequent holder of this promissory note), the amount advanced on my behalf, to pay daily simple interest on the unpaid principal balance at the rate described on the reverse side of this note, and in accordance with the Disclosure Statement and Repayment Schedule that my lender will provide at the time my former creditors have discharged my loans for consolidation, and to pay all late charges, attorney's fees and other costs permitted by law and incurred by my lender, subsequent holder, or the guarantor in the collection of any amount not paid when due. I understand that the amount of my loan will be based on the payoff balances of the loans I have selected for consolidation as provided by my creditors of the loans and may exceed my estimate of such payoff balances. My signature below certifies that I have read, understood, and agreed to the conditions and authorizations stated in the terms on the reverse side and have received a copy of this repayment schedule/promissory note. I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I HAVE READ THE MATERIAL AND UNDERSTAND MY RIGHTS AND RESPONSIBILITIES UNDER THE LOAN CONSOLIDATION PROGRAM. THIS REPAYMENT OPTIONS/PROMISSORY NOTE WILL BE GOVERNED BY FEDERAL LAW APPLICABLE TO CONSOLIDATION LOANS.

| SIGNATURE | SOCIAL SECURITY NUMBER | DATE |
|---|---|---|
| Donald M. Marcus | | 12/30/97 |

# TERMS OF REPAYMENT OPTIONS AND PROMISSORY NOTE

CDCS NO: CDCS147

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

v.

DONALD M. MARCUS

           Defendant(s).

**COURT NO:**
5:13 cv-2170

**SUMMONS**

**TO THE ABOVE-NAMED DEFENDANT(S),** You are hereby summoned and required to file with the court and serve upon

        Plaintiff's attorney whose address is:

        GOLDSMITH & HULL, A P.C.
        16933 PARTHENIA STREET
        NORTHRIDGE, CA 91343

        an answer to the complaint which is herewith served upon you within 21 days after service of this summons upon you, exclusive of day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Date:   **NOV 2 5 2013**

TERRY NAFISI, CLERK
SHEARER GEENS

BY:_____
Deputy Clerk

(SEAL OF THE COURT)

---

## SUMMONS

---

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

UNITED STATES OF AMERICA

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

DONALD M. MARCUS

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

GOLDSMITH & HULL, A.P.C.
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Telephone: (818)990-6600  Fax No:  (818)9906140

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 62,987.67

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
COMPLAINT ON FEDERALLY INSURED STUDENT LOAN - DEPARTMENT OF EDUCATION TITLE 20 U.S.C. SECTION 1071 AND TITLE 20 U.S.C. SECTION 1080

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☒ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number:   5:13-cv-2170

CV-71 (09/13)   CIVIL COVER SHEET   Page 1 of 3

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF? Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT? Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| ☒ Yes  ☐ No | ☐ Los Angeles | ☐ Los Angeles | Western |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☒ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| C.1. Is either of the following true? If so, check the one that applies: | C.2. Is either of the following true? If so, check the one that applies: |
|---|---|
| ☐ 2 or more answers in Column C | ☐ 2 or more answers in Column D |
| ☐ only 1 answer in Column C and no answers in Column D | ☐ only 1 answer in Column D and no answers in Column C |
| Your case will initially be assigned to the SOUTHERN DIVISION. Enter "Southern" in response to Question D, below. | Your case will initially be assigned to the EASTERN DIVISION. Enter "Eastern" in response to Question D, below. |
| If none applies, answer question C2 to the right. ➤ | If none applies, go to the box below. ↓ |

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➤ | EASTERN |

## CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ NO  ☒ YES

If yes, list case number(s):  CV11-10718

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO  ☐ YES

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):**       DATE: Nov 13 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |