GOLDSMITH & HULL, APC/Our File CDCS147
WILLIAM I. GOLDSMITH (82183)
JACK D. HULL (91879)
MICHAEL L. GOLDSMITH (291700)
16933 Parthenia street., Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Telecopier: (818) 990-6140
govdept1@goldsmithcalaw.com

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case Number: 5:13-CV-2170 |
|---|---|
| Plaintiff, | |
| vs. | JOINT STIPULATION TO VACATE DEFAULT AND DEFAULT JUDGMENT AND ORDER [Proposed] |
| DONALD M. MARCUS | |
| Defendant. | |

It is hereby stipulated by and between plaintiff's UNITED STATES OF AMERICA and defendant DONALD M. MARCUS, hereby agree and stipulate as follows:

1. To and Order setting aside the Default entered on June 26, 2014 and Default Judgment entered on August 4, 2014 in the above-entitled Court against Defendant DONALD M. MARCUS; and,

//
//
//
//

1

2. To allow the Defendant to file an Answer within 30 days after the entry of the Order.

Dated: September 3, 2014

GOLDSMITH & HULL,
A Professional Corporation

Michael L. Goldsmith,
Attorneys for Plaintiff

Dated: September 4, 2014

Donald M. Marcus,
Defendant

2

JOINT STIPULATION TO VACATE DEFAULT AND DEFAULT JUDGMENT

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16933 Parthenia Street, Northridge, CA 91343.

On the date set forth below I served the foregoing document described as JOINT STIPULATION TO VACATE DEFAULT AND DEFAULT JUDGMENT AND ORDER [Proposed] on the interested parties in this action, by placing a [ ] duplicate original(s)
[X] true copy(ies) thereof enclosed in a sealed envelope addressed [ ] as stated on the attached list [X] as follows:

DONALD M. MARCUS, et, al.
P.O. BOX 3543
LANDERS CA 92285

[X] BY MAIL. [ ] I deposited such envelope, postage thereon fully prepaid, in the United States mail at Northridge, California.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] BY PERSONAL SERVICE. I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[ ] STATE. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct

[X] FEDERAL. I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on   October 8, 2014     at Northridge, California

_____/S/_____
Sonia Molina