1  GOLDSMITH & HULL, APC/Our File CDCS147
   WILLIAM I. GOLDSMITH (82183)
2  JACK D. HULL  (91879)
   MICHAEL L. GOLDSMITH (291700)
3  16933 Parthenia street., Suite 110
   Northridge, CA  91343
4  Telephone:  (818) 990-6600
   Telecopier:  (818) 990-6140
5  **govdept1@goldsmithcalaw.com**

6  Attorneys for Plaintiff
   United States of America

7

8

**FILED**
CLERK, U.S. DISTRICT COURT

OCT 15 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPTY

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA          )   Case Number:  5:13-CV-2170
                                      )
13              Plaintiff,            )
                                      )   **ORDER TO VACATE DEFAULT**
14       vs.                          )   **AND DEFAULT JUDGMENT**
                                      )   [Proposed]
15  DONALD M. MARCUS                  )
                                      )
16                                    )
            Defendant.                )
17                                    )
                                      )
18  ──────────────────────────────────)

19      The Court having read the above Stipulation to Vacate Default and good cause

20  appearing orders that the Default entered on **June 26, 2014** and Default Judgment

21  entered on **August 4, 2014**, in the above-captioned matter be vacated and defendant

22  DONALD M. MARCUS be allowed to answer plaintiff's complaint within thirty

23  days upon receipt of this Order.

24

25  IT IS SO ORDERED

26  Dated: 10/10/14

27                              GEORGE H. KING, CHIEF JUDGE
                                UNITED STATES DISTRICT COURT
28
                                        3